No. 78–5824. Silo v. Pennsylvania, 439 U. S. 1132; and

No. 78–5830. Jeter v. United States, 439 U. S. 1120. Petitions for rehearing denied.

No. 78–454. Pavlecka et al. v. Banner, Commissioner of Patents and Trademarks, 439 U. S. 1046. Motion for leave to file petition for rehearing denied.

March 26, 1979*

No. 78–1126. Hoagland et al. v. Minnesota. Appeal from Sup. Ct. Minn. dismissed for want of substantial federal question.

No. 78–846. First of Omaha Service Corp., dba Bank-Americard, et al. v. Iowa ex rel. Turner, Attorney General of Iowa. Appeal from Sup. Ct. Iowa. Judgment vacated and case remanded for further consideration in light of *Marquette National Bank* v. *First of Omaha Service Corp.*, 439 U. S. 299 (1979).

No. 78–432. United Steelworkers of America, AFL–CIO–CLC v. Weber et al.;

No. 78–435. Kaiser Aluminum & Chemical Corp. v. Weber et al.; and

No. 78–436. United States et al. v. Weber et al. C. A. 5th Cir. [Certiorari granted, 439 U. S. 1045.] Motion of Affirmative Action Coordinating Center et al. for leave to participate in oral argument as *amici curiae* denied. Mr. Justice Stevens took no part in the consideration or decision of this motion.†

---

*Mr. Justice Powell took no part in the consideration or decision of cases in which orders hereinafter reported were announced on this date.

†See also note, *supra*.